

# Fourth Court of Appeals
## San Antonio, Texas

May 6, 2019

No. 04-18-00737-CV

**ESTATE OF ELAINE EISELE ADAMS, DECEASED**,

From the 216th Judicial District Court, Gillespie County, Texas
Trial Court No. 14997
Honorable N. Keith Williams, Judge Presiding

# O R D E R

Sitting:      Patricia O. Alvarez, Justice
Luz Elena D. Chapa, Justice
Irene Rios, Justice

Appellant's motion for an extension of time to file a reply brief is GRANTED. Appellant's reply brief was filed on April 23, 2019.

It is so ORDERED on May 6, 2019.

PER CURIAM

ATTESTED TO: _____
KEITH E. HOTTLE,
Clerk of Court